STEPHEN YOUNG, CASB No. 58711
steve.young@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:   (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Plaintiff
COMPUTER CLEARING SERVICES, INC.

**MADE JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| COMPUTER CLEARING SERVICES, INC., <br><br>            Plaintiff, <br><br>    vs. <br><br> PASCAL SIMONON, <br><br>            Defendant. | Case No. CV 03-0230 GW (FMOx) <br><br> **JUDGMENT** <br><br> Date:   July 31, 2008 <br> Time:  8:30 a.m. <br> Place:  Courtroom 10 <br><br> Discovery Cutoff: <br> Motion Cutoff: <br> Trial Date: |

The petition of Plaintiff COMPUTER CLEARING SERVICES, INC. ("Plaintiff") to confirm the arbitration award rendered in the National Association of Securities Dealers Dispute Resolution, Inc. ("NASD DR") matter entitled <u>Computer Clearing Services, Inc. v. Pascal Simonon</u>, NASD DR Case No. 05-06526 (hereinafter the "Arbitration"), and enter judgment thereon, came on regularly for hearing by the Court

on July 31, 2008 before the Honorable George H. Wu in Courtroom 10 of the above-entitled Court.

Plaintiff appeared through counsel, Audette Paul Morales of the law offices of Keesal, Young & Logan.  Defendant PASCAL SIMONON and his counsel failed to appear.

Having considered the papers filed by all parties, and having heard oral argument by counsel, this Court granted Plaintiff's Petition to Confirm NASD DR Arbitration Award and Enter Judgment Thereon. Accordingly,

IT IS HEREBY ADJUDGED and DECREED that judgment is entered in conformity with the Arbitration Award issued in National Association of Securities Dealers Dispute Resolution, Inc. Arbitration, and the Award, rendered in the Arbitration, is confirmed in its entirety such that:

1) [Defendant] is liable to and shall pay [Plaintiff] the sum of $66,381 in compensatory damages, comprised of the principal plus pre-judgment interest through June 30, 2007.

2) [Defendant] is liable to and shall pay [Plaintiff] interest on the unpaid portion of $66,381 at the rate of 7% per annum from July 1, 2007 until the date that the Award is paid in full.

3) [Defendant] is liable to and shall pay [Plaintiff] the sum of $55,000 in attorney's fees and costs, pursuant to the Customer Agreement.

4) Except as awarded above, the parties shall bear their respective costs, including attorney's fees.

///

///
///

         5)    All other relief requested and not expressly granted is denied.

DATED: July 31, 2008       */s/ George H. Wu*

                                            GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

_____
STEPHEN YOUNG
DAVID D. PIPER
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:     (562) 436-2000
Facsimile: (562) 436-7416
Attorneys for Plaintiff
COMPUTER CLEARING SERVICES, INC.